**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EIAS MARQUEZ-REYNA and<br>LOUIS JACKSON MARQUEZ,<br><br>*Plaintiffs,*<br><br>V.<br><br>US BANK NATIONAL<br>ASSOCIATION AS TRUSTEE FOR<br>THE CERTIFICATE HOLDERS OF<br>STRUCTURED ASSET MORTGAGE<br>INVESTMENT II INC. BEAR<br>STEARNS ALTA-A TRUST,<br>MORTGAGE PASS THROUGH<br>CERTIFICATES, SERIES 2006-3, JP<br>MORGAN CHASE BANK, NA,<br>MERS, and MAVERICK<br>RESIDENTIAL MORTGAGE, INC.,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § | CASE NO. 4:13cv121<br>Judge Clark/Judge Mazzant |

### ORDER ADOPTING REPORT AND
### RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 4, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss [Doc. #6] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

1

of the court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss [Doc. #6] is granted, and plaintiffs' case is **DISMISSED** with prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **10** day of **July, 2013.**

_____
Ron Clark, United States District Judge